ATRIUM DEVELOPMENT CORP., A NEW JERSEY CORPORA-
TION v. CONTINENTAL PLAZA CORP. AND HACKENSACK
CEMETERY CO., AND CITY OF HACKENSACK.

ATRIUM DEVELOPMENT CORP., A NEW JERSEY
CORPORATION v. RREEF USA FUND–1 AND
CITY OF HACKENSACK.

July 21, 1987.

The parties to this appeal having agreed to a settlement, and good cause appearing;

It is ORDERED that the motion to remand the matter to the Tax Court for the formal entry of judgment in that court is granted, and the within appeal is dismissed as moot. (See 107 *N.J.* 167)